**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**JUAN BAUTISTA LUGO,**

    **Petitioner,**

v.                                     **Case No.  8:08-CV-563-T-30MSS**
                                          **Crim. No. 8:04-CR-457-T-30MSS**

**UNITED STATES OF AMERICA,**

    **Respondent.**
_____/

## ORDER

THIS CAUSE came before the Court for evidentiary hearing on September 15, 2008, upon the Petitioner's Motion to Vacate, Set Aside or Correct Sentence Pursuant to U.S.C. §2255.  Based on the findings of fact stated in open Court, the Petitioner's Motion to Vacate, Set Aside or Correct Sentence Pursuant to U.S.C. §2255 (Dkt. #1) is DENIED.  It is therefore

    ORDERED AND ADJUDGED that:

    1.    Petitioner's Motion to Vacate, Set Aside or Correct Sentence Pursuant to U.S.C. §2255 (Dkt. #1) is DENIED.

    2.    The Clerk is directed to terminate any pending motions and close this file.

    3.    The Clerk is directed to terminate from pending status the Motion to Vacate, Set Aside or Correct Sentence Pursuant to U.S.C. §2255 (CR Dkt. #553) in the underlying criminal case number 8:04-cr-457-T-30MSS.

    **DONE** and **ORDERED** in Tampa, Florida on September 16, 2008.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

F:\Docs\2008\08-cv-563.evid hrg.wpd